JS-6

Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Blair L. Schlecter, State Bar No. 233684
E-Mail: bschlecter@hurrellcantrall.com
HURRELL CANTRALL LLP
660 South Figueroa Street, 21st Floor
Los Angeles, California 90017-3442
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants PHILLIP BRIONES, JOSEPH SALAS, THOMAS HILL, and SERGEANT QUICHOCHO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH A. BARTHOLOMEW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, PHILLIP BRIONES, JOSEPH SALAS, THOMAS HILL, SGT. QUICHOCHO and 20 unknown other named defendants,<br><br>　　　　Defendants. | CASE NO. CV07-1530 CAS (SHx)<br><br>Assigned to:<br>Judge Christina A. Snyder<br>Courtroom "5"<br><br>[Case Filed 3/08/07]<br><br>**JUDGMENT ON JURY VERDICT**<br><br>Trial Date:　　　June 3, 2008 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The above-entitled action came on regularly for trial on June 3, 2008, at 9:30 a.m., in Courtroom "5" of the Western Division of the Central District of California of the United States District Court, with The Honorable Christina A. Snyder, presiding.  Plaintiff JOSEPH BARTHOLOMEW was represented by and through his attorneys of record, Carl E. Douglas, Esq. and Jamon Hicks, Esq. of the Law Offices of Carl Douglas.  Defendants PHILLIP BRIONES, JOSEPH SALAS, THOMAS HILL, and SERGEANT QUICHOCHO were represented by and through their attorneys of record, Thomas C. Hurrell, Esq. and Blair Schlecter, Esq., of Hurrell Cantrall, LLP.

A jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was instructed by the Court and the cause was submitted to the jury with directions to return a Special Verdict as to the claims against each defendant. The jury deliberated and thereafter returned to Court on June 11, 2008, with a 8-0 verdict in favor of defendants PHILLIP BRIONES, JOSEPH SALAS, THOMAS HILL, and SERGEANT QUICHOCHO.

Specifically, the jury found in favor of defendants on the special verdict with respect to the following question submitted:

**QUESTION NO. 1:**

Did Defendants Phillip BRIONES, Joseph SALAS, Or Thomas HILL, use excessive force against JOSEPH BARTHOLOMEW as that term was defined by the Court?

| | | |
|---|---|---|
| Phillip BRIONES | YES_____ | NO___X___ |
| Joseph SALAS | YES_____ | NO___X___ |
| Thomas HILL | YES_____ | NO___X___ |

The jury did not reach the claims against defendant SERGEANT FRANK QUICHOCHO, given their findings as to defendants PHILLIP BRIONES, JOSEPH SALAS and THOMAS HILL. The jury did not reach Questions Nos. 2 through 6 on the special verdict form, given their findings on Question No. 1.

It appearing by reason of said verdict that defendants are entitled to judgment against plaintiff JOSEPH BARTHOLOMEW,

/ / /

/ / /

/ / /

/ / /

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff JOSEPH BARTHOLOMEW shall take nothing from defendants PHILLIP BRIONES, JOSEPH SALAS, THOMAS HILL, and SERGEANT QUICHOCHO, and that each side bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATE:  July 2, 2008

_____
UNITED STATES DISTRICT JUDGE